**FILED**
Vanessa L Armstrong, Clerk

Feb 01 2018

U.S. District Court
Western District of Kentucky

Civil Action No. 5:18-cv-21-TBR

RECEIVED
VANESSA L. ARMSTRONG

FEB 01 2018

U. S. DISTRICT CLERK
WEST'N. DIST KENTUCKY

January 29, 2018

Mr./Ms. Clerk,

I'm an inmate here at Kentucky State Penitentiary (KSP) who's been in the restrictive housing unit (RHU) since June 29, 2017 for assault on 2 corrections employees, my segregation time has been completed since November 11, 2017 but the warden here at KSP refuses to release from RHU.

On June 29, 2017 I was placed in (3 cellhouse) RHU for the assault of 2 corrections employees (Sgt. Melvin Odell and ofc. Jeffery Miller) and upon my entrance in the RHU at 3 cellhouse I was beaten by officers, placed in a restraint chair for 4 hours straight, electrocuted with an electronic shield and shot with a tazer (repeatedly). Officers in @ 3 cellhouse spit in my food, called me racially derogatory names, threatened me with retaliation and also made promises that they would take my life. Everytime I was taken out of my cell I was slammed (head first) into cell doors, rails and walls, I was pushed down flights of stairs while handcuffed (behind my back) and shackled. When I was brought back to my cell I would again be slammed into cell doors, rails and walls and then when I made it back into my cell my handcuffed wrists would be yanked through the food slot in the cell door and the cuffs would be jerked on by officers in an attempt to cause extreme pain, damage and possibly break my wrists before they would uncuff me.

This treatment continued until July 17, 2017 when I was moved from 3 cellhouse to 4 cellhouse (maximum security unit) since I've been back here in 4 cellhouse the same Sgt I'm in seg for assaulting has been assigned as the supervisor of 4 cellhouse and when I wrote the warden voicing my concerns about it he sent me a written response saying that he'd spoken to the Sgt and there was no problems between us. As of 2 days ago that Sgt has been replaced as supervisor of 4 cellhouse by one of the Sgt's who was involved in spitting in my food and the other abuses I received while in 3 cellhouse, since he has taken over as supervisor here

I have refused to eat when he is here out of fear that he is again tampering with my food and my fears of again being drugged by officers have gotten worse because they also have been having another one of the officers who was a major perpetrator of the abuses I received in 3cellhouse working here in 4cellhouse as well.

The warden here at KSP is well aware of these instances of clear misconduct by his officers but refuses to acknowledge what is a well known problem between alot of officers here at KSP and inmates who like myself were placed in seg on June 29, 2014 for assaulting officers, officers here at KSP who aren't a part of the majority who have already began to or who are waiting for their opportunity to retaliate have told me on several occassions that there are conversations regularly had about what officers will do to me when they see me.

I am further being mistreated by the warden here at KSP by his unwillingness to release me from the RHU and his continual attempts to force me to do a 100% voluntary program that I don't even meet the criteria to do but it's all a part of machinnation to continuing to keep me in seg unjustly.

Mr/Ms Clerk I'm asking that someone who has the authority to help would look into the unethical behaviors being practiced by the warden Randy Welch, Internal Affairs supervisor James Beavers, unit administrators Troy Belt and Josh Patton for allowing these things to happen and also condoning them. The officers involved Lt. Jesse Coombs, Lt. James Beeler, Sgt. Gage Rodriguez, Sgt. Brandon English, Sgt. Crick, Lt. Harry Vinson, CTO's Benjamin Mitchell, James Harris, officers Tami Bauer, Monica McCollough, Pullium, Jewell, Debow, Sanders.

As you can see there are alot of people who've played a part in the abuses I've sustained but there are so many others who I couldn't even guess at, I've tried to accomplish protecting myself by going about it the wrong way so now I'm reaching out for help in protecting myself because I don't

want to make a bad situation worse for myself.
If there is anything you can do to aide me in getting away from
KSP Because I fear that my life & my safety is being jeopardized
By the actions of KSP.
Thank you for your time and for your help.

Respectfully submitted,
Curtis Moorman

Curtis Mccarmar 16777
K.S.P. 7-b-7
266 Water Street
Eddyville, Ky 42038

UNITED STATES POSTAGE
PITNEY BOWES
$ 000.470
JAN 30 2018
02 1P
0003177651
MAILED FROM ZIP CODE 42038

EVANSVILLE
IN 475
30 JAN '18
PM 1 L

Kentucky State Penitentiary
Uncensored Inmate Mail
Not Responsible For Contents

Federal Courthouse
Paducah Division Clerk
501 Broadway #107
Paducah, Ky 42001

RECEIVED
VANESSA L ARMSTRONG
FEB 01 2018
U.S. DISTRICT CLERK
WEST. DIST. KENTUCKY

42001-689527