**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION**

**CURTIS MOORMAN**                                                          **PLAINTIFF**

**v.**                                        **CIVIL ACTION NO. 5:18-CV-P21-TBR**

**TROY BELT** *et al.*                                                      **DEFENDANTS**

### ORDER

This matter is before the Court because the Justice & Public Safety Cabinet ("Cabinet"), Office of Legal Counsel, has failed to comply with the Amended Order Regarding Service and Scheduling Order entered by the Court on July 10, 2018 (DN 21). The Court's record shows that the Cabinet received this Order, along with the second amended complaint, and corresponding Memorandum Opinion and Order on July 16, 2018 (DN 22).

This Order stated that the Cabinet shall have 30 days after receipt by certified mail of these documents to complete and return a waiver of service for Defendants. The Order further stated that should the Cabinet not represent any Defendant, General Counsel shall provide a forwarding or last known address for that Defendant to ensure service. The Order then directed that the answer to the second amended complaint (DN 18) be filed no later than 60 days after waiver of service or, if service is required, no later than 21 days after service of summons.

More than 30 days have passed since the Cabinet received the above-mentioned documents by certified mail. However, it has not waived service for Defendants Sanders, Jewell, or Bauer; filed an answer on behalf of any Defendants; or provided a forwarding or last known address for any Defendant it does not represent.

**IT IS HEREBY ORDERED** that the Cabinet shall have **30 days** from entry of this Order to complete and return a waiver of service for **Defendants Sanders, Jewell, and Bauer,** or provide a forwarding or last known address for any Defendant it does not represent.

**IT IS FURTHER ORDERED** that the answer to the second amended complaint (DN 18) shall be filed no later than **30 days** after waiver of service.  However, if service is required, the answer shall be filed no later than **21 days** after service of summons.  Insofar as is practicable, the answer is to restate in separate paragraphs the allegations of the second amended complaint, followed by Defendants' answer.

Once an answer has been filed on behalf of each Defendant, the Court will enter a Revised Scheduling Order.

Date:   November 6, 2018

**Thomas B. Russell, Senior Judge**
**United States District Court**

cc:      Plaintiff, *pro se*
         Defendants Sanders, Jewell, and Bauer
         Counsel of Record
         General Counsel, Justice & Public Safety Cabinet, Office of Legal Counsel
4413.011