**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**

**[Filed Electronically]**

| | | |
|---|---|---|
| **CURTIS MOORMAN, KAREEM EDWARDS, and ANDRE FANT,** | ) ) ) | |
| **PLAINTIFFS** | ) ) | **Case No. 5:18-cv-21-BJB-LLK** (consolidated with: 5:18-cv-26- |
| **v.** | ) ) | BJB-LLK [Edwards] and 5:18-cv-71-BJB-LLK [Fant]) |
| **JESSEE COOMBS, NATHANIEL DEBOE, and BRANDON INGLISH,** | ) ) ) | |
| **DEFENDANTS** | ) | |

**DEFENDANTS' EXHIBIT LIST**

Come the Defendants Jessee Coombs, Nathaniel Deboe, and Brandon Inglish, by and through counsel, and pursuant to the Court's order submits the following exhibit list:

**EXHIBIT LIST**

These Defendants may introduce at the Trial of this matter any of the following exhibits:

1. Videos of June 29, 2017 KSP yard assaults, riot, and placement of inmates in chairs, extending time, and removing from chair, including:

    a. June 29, 2017 videos assaults at KSP yard and riot

    b. June 29, 2017 videos of Neil Moorman being placed in chair, extending time in chair, and removed from chair

    c. June 29, 2017 videos of Kareem Edwards extending time in chair.

    d. June 29, 2017 videos of Andre Fant being placed in chair and extending time in chair.

    e.   June 29, 2019 video of Jalen Estioka extending time in chair and being removed from chair.

2. Disciplinary Reports and related material including statements, including report numbers:

    a.   KSP-2017-01469

    b.   KSP-2017-01506

    c.   KSP-2017-01519

    d.   KSP-2017-01548

    e.   KSP-2017-01505

    f.   KSP-2017-02747

    g.   KSP-2017-01617

    h.   KSP-2017-01631

    i.   KSP-2017-01638

    j.   KSP-2017-016-45

    k.   All other incident reports produced in discovery

3. KSP Internal Affairs Investigative Report KSP-2017-0044 and photographs

4. Plaintiffs' Appeals of Disciplinary Reports

5. Extraordinary Occurrence Report Number 339-17

6. Extraordinary Occurrence Report Number 347-17

7. All other Extraordinary Occurrence Reports produced in discovery

8. June 29, 2017 Photographs of injuries to staff including Sgt. O'Dell, Michael Hughes, James Corley, Lisa Crick, Anthony Hale, Garth Thompson, and Micah Melton.

9. Court Record of *Commonwealth v. Fant*, Lyon Circuit Court 17-CR-160 and related appeal.

10. Court Record of *Commonwealth v. Edwards*, Lyon Circuit Court 17-CR-162 and related appeal.

11. Court Record of *Commonwealth v. Moorman*, Lyon Circuit Court 17-CR-159 and related appeal.

12. Medical Records of Plaintiffs

13. January 24, 2018 Letter from Commonwealth Attorney

14. January 17, 2019 Letter from Aaron Bentley to Kareem Edwards, DN 94-3 *Edwards* case.

15. Department of Corrections Policies and Procedures

16. Training Materials produced in discovery

17. 2017 KSP inmate handbook

18. Inmate files of Plaintiffs

19. Any filings by parties in any of these three cases; before or after consolidation;

20. Any admissible documents attached to deposition or Answers to written discovery;

21. Any exhibit necessary for rebuttal;

22. Any exhibit necessary for impeachment;

23. Any exhibit necessary for rehabilitation;

24. Any admissible exhibits listed on Plaintiffs' Exhibit List; and

25. The Defendants reserve the right to supplement this Exhibit List upon reasonable notice.

Respectfully submitted,

/s/ Seth E. Fawns
Edward A. Baylous, II
Seth E. Fawns
edward.baylous@ky.gov
seth.fawns@ky.gov
Justice and Public Safety Cabinet
Office of Legal Counsel
125 Holmes St.
Frankfort, KY 40601
(502) 564-8290
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2025, the foregoing was filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.


/s/ Seth E. Fawns
**Counsel for Defendants**