UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
CIVIL ACTION NO. 5:18-CV-21-BJB-LLK
ELECTRONICALLY FILED

**CURTIS MOORMAN**                                                           **PLAINTIFF**

**v.**

**TROY BELT et al.**                                                      **DEFENDANTS**

## DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR STAY OF PROCEEDINGS

Defendants, by counsel, respectfully request that the Court overrule Plaintiff's emergency motion to stay the trial, in accordance with 28 U.S.C. Section 1867. Defendants present the following arguments in support of this request:

28 U.S.C. Section 1867 stipulates that in civil cases, a party may file a motion to stay proceedings due to substantial noncompliance with jury selection processes aimed at mitigating race discrimination, either before the commencement of voir dire or within seven days after discovering such noncompliance. The moving party is required to submit a sworn statement of facts that, if proven true, would demonstrate substantial noncompliance. Moreover, the moving party is entitled to present the testimony of the jury commission or clerk, if available, alongside any pertinent records to challenge compliance under the statute. In this case, the Court directed the clerk to produce the relevant records for the moving party and provided an opportunity for depositions of the jury clerk for the Louisville Division on March 14, 2025.

Although the jury clerk did not provide an expert statistical opinion regarding potential substantial noncompliance with the Court's commitment to inclusive jury representation, they did testify regarding the randomized, race-blind procedures employed by the jury management

system for summoning jurors.  Significantly, the jury clerk was unable to confirm any evidence of substantial noncompliance in the relevant records maintained by the Louisville Division. Following the jury clerk's testimony, counsel for the moving party drafted and submitted a statement of facts in affidavit form on March 15, 2025, claiming substantial noncompliance in the jury selection practices of the Louisville Division, which contradicted the sworn testimony provided on March 14, 2025. The moving party did not present any competent evidence to substantiate claims of significant failure to ensure fairness in the jury selection process.

Furthermore, it appears that the analysis presented by counsel for the moving party may not have been academically sound. Consequently, the motion to delay the trial based on assertions of unfairness by the Louisville Division appears to lack merit. Given the absence of convincing evidence illustrating substantial noncompliance, Defendants respectfully request that the Court deny the Plaintiff's motion.

/s/ James B. Compton
James B. Compton, KBA 88867
JUSTICE & PUBLIC SAFETY CABINET
125 Holmes St., 2nd Floor
Frankfort, KY 40601
Edward.Baylous@ky.gov
james.compton@ky.gov
Counsel for Defendants

### Certificate of Service

I hereby certify that on March 17, 2025, the foregoing was filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all of counsel of record.

/s/ James B. Compton
James B. Compton
*Counsel for Defendants*