# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION

CURTIS MOORMAN, ET AL.                                    PLAINTIFFS

V.                                           5:18-cv-21-BJB-LLK

JESSE COOMBS, ET AL.                                      DEFENDANTS

## Amended Judgment

To correct a typographical error in the final judgment entered on April 18, 2025, the Court enters this amended final judgment consistent with Fed. R. Civ. P. 60(a).  This supersedes the previous judgment entered at DN 154.

\*

After a three-day trial that began on March 17 and ended on March 19, 2025, the jury returned a verdict (DN 149) determining liability as between the three Plaintiffs and three remaining Defendants in this case.  The jury awarded compensation to two of the Plaintiffs for injuries inflicted by two of the Defendants.  Specifically, the jury found as follows:

|          | Deboe        | Inglish      | Coombs       |
|----------|--------------|--------------|--------------|
| Moorman  | no liability | no liability | $5,000       |
| Edwards  | no liability | no liability | no liability |
| Fant     | no liability | $5,000       | no liability |

The Court therefore enters judgment, consistent with FED. R. CIV. P. 58(b)(2), in favor of Plaintiffs Moorman and Fant against Defendants Coombs and Inglish, respectively, for $5,000.00 each, plus any post-judgment interest until this judgment is paid in full, consistent with 28 U.S.C. § 1961.  The Court orders entry of judgment in favor of Defendant Deboe against Plaintiffs Moorman, Edwards, and Fant; in favor of Defendant Inglish against Plaintiffs Moorman and Edwards; and in favor of Defendant Coombs against Plaintiffs Edwards and Fant.