**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**

**[Filed Electronically]**

| | | |
|---|---|---|
| **CURTIS MOORMAN, KAREEM EDWARDS,** and **ANDRE FANT,** | ) ) ) | |
| **PLAINTIFFS** | ) ) | **Case No. 5:18-cv-21-BJB-LLK** (consolidated with: 5:18-cv-26-BJB-LLK [Edwards] and 5:18-cv-71-BJB-LLK [Fant]) |
| **v.** | ) ) | |
| **JESSEE COOMBS, NATHANIEL DEBOE,** and **BRENDAN INGLISH,** | ) ) ) | |
| **DEFENDANTS.** | ) | |

**AGREED ORDER AWARDING ATTORNEYS' FEES AND COSTS**

On motion of Plaintiffs Curtis Moorman and Andre Fant for an award of the attorney's fees and costs that they incurred in this action against Defendants Jessee Coombs and Brendan Inglish pursuant to 42 U.S.C. §1988, and with the agreement of the parties as indicated below, it is hereby **ORDERED** as follows:

1.  Plaintiffs' counsel is awarded attorney fees against Defendants in the amount of $15,000.00; and

2.  Plaintiffs' counsel is awarded costs against Defendants in the amount of $2,310.05.

**AGREED:**

/s/ Gregory A. Belzley
Gregory A. Belzley
gbelzley3b@gmail.com
P.O. Box 278

Prospect, KY  40059
502/292-2452

*Counsel for Plaintiffs*


/s/ Angela T. Dunham

_____

Angela T. Dunham
angela.dunham@ky.gov
Justice and Public Safety Cabinet
Office of Legal Counsel
125 Holmes St.
Frankfort, KY 40601
(502) 564-8220

*Counsel for Defendants*