**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**

**[Filed Electronically]**

| | | |
|---|---|---|
| **CURTIS MOORMAN, KAREEM EDWARDS,**<br>**and ANDRE FANT,** | ) | |
| | ) | |
| **PLAINTIFFS** | ) | **Case No. 5:18-cv-21-BJB-LLK** |
| | ) | (consolidated with: 5:18-cv-26- |
| **v.** | ) | BJB-LLK [Edwards] and 5:18- |
| | ) | cv-71-BJB-LLK [Fant]) |
| **JESSEE COOMBS, NATHANIEL DEBOE,** | ) | |
| **and BRENDAN INGLISH,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

## AGREED ORDER AWARDING ATTORNEYS' FEES AND COSTS

On motion of Plaintiffs Curtis Moorman and Andre Fant for an award of the attorney's fees and costs that they incurred in this action against Defendants Jessee Coombs and Brendan Inglish pursuant to 42 U.S.C. §1988, and with the agreement of the parties, it is hereby **ORDERED** as follows:

1. Plaintiffs' counsel is awarded attorney fees against Defendants in the amount of $15,000.00; and

2. Plaintiffs' counsel is awarded costs against Defendants in the amount of $2,310.05.

Benjamin Beaton, District Judge
United States District Court

February 17, 2026